IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN NATIONAL BANK OF FREMONT, a National Bank,<br><br>Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC CAPITAL CORPORATION,<br><br>Defendant. | Case No. 8:06-cv-00577<br><br><br><br>**ORDER EXTENDING REPLY BRIEF DEADLINE** |

This matter came before the Court on March 29, 2007, on the Motion for Extension of Deadline to File Reply Brief of Defendant, General Electric Capital Corporation ("GE") (Filing No. 24) related to GE's Motion for Summary Judgment (Filing No. 12). Having considered the Motion, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that Defendant, General Electric Capital Corporation, shall file its Reply Brief related to GE's Motion for Summary Judgment (Filing No. 12) by April 17, 2007, which Reply Brief the Court understands will be consolidated with GE's Brief in Opposition to Plaintiff's Motion for Summary Judgment (Filing No. 18).

Dated this 30th day of March, 2007.

BY THE COURT:

By: s/Joseph F. Bataillon
   Chief Judge

Prepared and submitted by:

R. Scott Johnson
KOLEY JESSEN, P.C., L.L.O.
1125 South 103rd Street, Suite 800
Omaha, NE 68124
Telephone: (402) 390-9500
Attorney for Defendant