IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN NATIONAL BANK OF FREMONT, a National Bank,<br><br>Plaintiff<br><br>v.<br><br>GENERAL ELECTRIC CAPITAL CORPORATION,<br><br>Defendant. | Case No. 8:06-cv-00577<br><br><br><br>**ORDER EXTENDING DEFENDANT'S DEADLINE TO FILE BRIEF** |

This matter came before the Court on April 12, 2007, on the Motion for Extension of Deadline to File Brief of Defendant, General Electric Capital Corporation ("GE") (Filing No. 26). Having considered the Motion and that the Plaintiff and its counsel do not object to the same, the Court finds that the Motion should be granted.

IT IS THEREFORE ORDERED that Defendant, General Electric Capital Corporation, shall file its Reply Brief related to GE's Motion for Summary Judgment and Brief in Opposition to Plaintiff's Motion for Summary Judgment by April 23, 2007.

Dated this 17th day of April, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

Prepared and submitted by:

R. Scott Johnson
KOLEY JESSEN, P.C., L.L.O.
1125 South 103rd Street, Suite 800
Omaha, NE 68124
Telephone: (402) 390-9500
Attorney for Defendant