IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AMERICAN NATIONAL BANK OF FREMONT, a National Bank, | ) ) ) | Case No.  06cv577 |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| GENERAL ELECTRIC CAPITAL CORPORATION, | ) ) ) | |
| Defendant. | ) | |

THIS MATTER came on for hearing on the Stipulation of Dismissal of Complaint and Counterclaim With Prejudice which Stipulation was made by and between counsel for Plaintiff and Defendant herein.  The Court being fully advised in the premises finds that said Stipulation of Dismissal should be and hereby is approved.

WHEREFORE, IT IS HEREBY CONSIDERED, ORDERED, ADJUDGED AND DECREED that the Complaint of the Plaintiff against the Defendant and the Counterclaim of the Defendant against the Plaintiff shall be dismissed, with prejudice, each party to bear its own costs.

DATED:   October 22, 2007

BY THE COURT:

s/ Joseph F. Bataillon
United Stated District Judge